CA: 01-409
J. Lagueux

# United States Court of Appeals
## For the First Circuit

MANDATE

No. 04-1242

TIMOTHY DOYLE; GREG HAGAMAN; BRIAN LAGUE;
ANTHONY W. RICHARDS; ERIC EDWARDS,

Plaintiffs-Appellees/Cross-Appellants,

v.

HUNTRESS, INC.; RELENTLESS, INC.,

Defendants-Appellants/Cross-Appellees,

---

GREG BRAY; KYLE GOODWIN,

Defendants.

**JUDGMENT**

Entered: August 12, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The decision of the district court is affirmed.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** NOV 14 2005

**By the Court:**

Richard Cushing Donovan, Clerk

[cc: Ms. O'Keefe, Mr. Olenn, & Mr. DeMagistris.]