**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

Timothy Doyle, et al )
)
)
v. ) C.A. No. 01-409L
)
Huntress, Inc., et al

**AMENDED PRETRIAL ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that pretrial discovery is closed. However, the plaintiff is allowed to file a motion to compel answers to interrogatories pertaining only to the calculations.

The Court further orders that counsel present the following by **March 31,2006.**

1. A typewritten post hearing memorandum in which

(a) Plaintiff will set forth what is expected to be proven in support of the claim, indicating each witness to testify with a brief summary of his testimony.

(b) Defendant will set forth what is expected to be proven in defense, indicating each witness to testify with a brief summary of his testimony.

2. Memorandum of supporting law with citations of authorities. This is to include all the law applicable to the case with emphasis on special legal issues. All pertinent citations will be fully briefed.

3. A list of all exhibits intended to be offered at the trial with statements of the purpose for which the exhibit is offered. All said exhibits will be pre-marked by the plaintiff in numerical order and by defendant in alphabetical order.

**4.** A list of all witnesses indicating those to testify as experts.

**5.** This said captioned case is to be heard on **April 11, 2006** at 10:00 am.

**6.** Probable length of hearing.

**7.** Any additional matter which counsel feel will aid the Court in the disposition and/or hearing of said action.

**8.** Failure to strictly comply with this order will result in appropriate sanctions which may include dismissal or default.

**ENTER:**

Ronald R. Lagueux

**RONALD R. LAGUEUX**
Senior U.S. District Court Judge
Date: 11/30/05

BY ORDER:

Deputy Clerk