**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

TIMOTHY DOYLE, ERIC EDWARDS, GREG HAGAMAN, BRIAN LAGUE, and ANTHONY RICHARDS

PLAINTIFFS

V. C.A. NO. 01-409L

HUNTRESS, INC. AND RELENTLESS, INC.

DEFENDANTS

**MOTION FOR**
**AN EXTENSION OF TIME**

Come now your Plaintiffs and move this Honorable Court for an extension of the filing deadline for their objection to Defendants' Motion For Reconsideration of Analogous Period of Limitations for Determination of Laches from 8 December 2005 to 18 December 2005.

As grounds for their motion, Plaintiffs would represent it is their first request and some of the materials relied on by Plaintiffs are not readily available.

No objection ... been timely filed ... for the ... within
Deputy Clerk
Date: 12/27/05

Respectfully submitted,
Plaintiffs, Timothy Doyle, Eric Edwards,
Greg Hagaman, Brian Lague, and
Anthony Richards
By their Attorneys:
PACKER & O'KEEFE

Merlyn P. O'Keefe, Esq. #2439
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850 phone
(401) 782-4210 fax

CERTIFICATION

I hereby certify that I mailed a true copy of the within, first class postage prepaid, on the 7th day of December 2005 to the following: J. Renn Olenn, Esq., OLENN & PENZA, 530 Greenwich Avenue, Warwick, RI 02886.

Bonnie S. Dowling