MKD:pac 6640/1 \pleading\66401Objection.wpd

RECEIVED
JAN 06 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TIMOTHY DOYLE, ET AL :
:
VS. : C. A. NO. 01-409L
:
GREG BRAY, ET AL :

**DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION TO COMPEL MORE RESPONSIVE ANSWERS TO INTERROGATORIES**

Plaintiffs filed this motion to compel more responsive answers to interrogatories 3, 15 and 16 of plaintiffs' interrogatories propounded to all defendants. Defendants' objection is based on the sufficiency of their answers as originally provided, citing Federal Rule of Civil Procedure 33(d). Plaintiffs have been provided all settlement and sign-in sheets with respect to every trip for which the defendants have a record. Defendants have no further knowledge, nor sources of knowledge, beyond what is contained in those documents. Therefore, Rule 33(d) was appropriately invoked as completely responsive to these interrogatories.

With respect to interrogatory #3, to the extent that there are missing dates, or cropped out portions of certain settlement sheets or sign-in sheets, plaintiffs have the same information as the defendants. There are no more accurate sign-in or summary sheets available. Under Rule 33(d), the documentation provided to plaintiffs by defendants constitutes the information sought to the extent that any information or knowledge exists.

With respect to interrogatories 15 and 16, defendants reiterate their original response. Rule 33(d) stands for the proposition that an opposing party is not required to do the work of an opposing party in answering interrogatories where the information is as readily ascertainable by the opposing party by reviewing documentary evidence that contains the information sought. To that end, the defendants provided plaintiffs with all summary sheets setting forth all monies received by the

individual plaintiffs for trips on which they served. Plaintiffs are in the exact same position as defendants in providing answers to these interrogatories.

Based on the foregoing, defendants request this court deny plaintiffs' motion to compel more responsive answers to interrogatories.

DEFENDANTS,
By their Attorney,

[signature]

Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 1/4/06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

Patricia A. Cerra