MKD:co 6640/1 \pleading\66401Mtn

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TIMOTHY DOYLE, ET AL | : | |
| | : | |
| VS. | : | C. A. NO. 01-409L |
| | : | |
| GREG BRAY, ET AL | : | |

**DEFENDANTS' MOTION FOR RECONSIDERATION OF ANALOGOUS PERIOD OF LIMITATIONS FOR DETERMINATION OF LACHES**

Comes now your defendants in the above-entitled matter and hereby move this honorable court to reconsider and/or permit re-argument regarding the most analogous statute of limitations for determination of defendants' laches defense. It would appear that the plaintiffs' action is most analogous to an action for failure to follow the statutory requirements for employment and compensation of employees under the Fair Labor Standards Act (FLSA). The FLSA carries a two year limitations period. In the alternative, at a maximum, the three year period of limitations contained in R.I.G.L. 28-14-20 would be the most analogous limitations period. Defendants' rely on the attached memorandum of law in support of this motion.

RESPECTFULLY SUBMITTED,
DEFENDANTS,
By their Attorneys,

Denied after hearing in open court:
Ronald R. Lagueux
Sr. USDJ 1/12/06

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499