**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TIMOTHY DOYLE, ERIC EDWARDS, GREG HAGAMAN, BRIAN LAGUE, and ANTHONY RICHARDS | : | |
| PLAINTIFFS | : | |
| V. | : | C.A. NO. 01-409L |
| HUNTRESS, INC. AND RELENTLESS, INC. | : | |
| DEFENDANTS | : | |

**MOTION FOR A CONTINUANCE**
**OF TRIAL DATE**

Come now the Plaintiffs and move this Honorable Court for a continuance of the trial currently scheduled for 11 April 2006 to 25 April 2006.

As grounds for this motion, Plaintiffs would rely on the attached memorandum of points and authorities.

Respectfully submitted,
Plaintiffs, Timothy Doyle, Eric Edwards,
Greg Hagaman, Brian Lague, and
Anthony Richards
By their Attorneys,
PACKER & O'KEEFE

Merlyn P. O'Keefe, Esq.
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850 phone
(401) 782-4210 fax
Ct. Reg. #2439

## CERTIFICATION

I hereby certify that I mailed a true copy of the within, first class postage prepaid, on the 24th day of February 2006 to the following: J. Renn Olenn, Esq., OLENN & PENZA, 530 Greenwich Avenue, Warwick, RI 02886.

Bonnie S. Dowling

Bonnie S. Dowling