**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TIMOTHY DOYLE, ERIC EDWARDS, GREG HAGAMAN, BRIAN LAGUE, and ANTHONY RICHARDS | : | |
| PLAINTIFFS | : | |
| V. | : | C.A. NO. 01-409L |
| HUNTRESS, INC. AND RELENTLESS, INC. | : | |
| DEFENDANTS | : | |

**PLAINTIFFS' MOTION FOR DEFAULT**

Come now your Plaintiffs and move this Honorable Court, Pursuant to Rule 37 (b) (2) B, to enter a default against Defendants Huntress, Inc. and Relentless, Inc. for their failure to comply with the Court's Order of 2 February 2006 compelling more responsive answers.

As grounds for this motion, Plaintiffs would rely on the attached memorandum of points and authorities.

Respectfully submitted,
Plaintiffs, Timothy Doyle, Eric Edwards,
Greg Hagaman, Brian Lague, and
Anthony Richards
By their Attorneys:
PACKER & O'KEEFE

Merlyn P. O'Keefe, Esq.
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850 phone
(401) 782-4210 fax
Ct. Reg. #2439

CERTIFICATION

I hereby certify that I mailed a true copy of the within, first class postage prepaid, on the 28th day of February 2006 to J. Renn Olenn, Esq., OLENN & PENZA, 530 Greenwich Avenue, Warwick, RI 02886.

Bonnie S. Dowling

Bonnie S. Dowling

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TIMOTHY DOYLE, ERIC EDWARDS, GREG HAGAMAN, BRIAN LAGUE, and ANTHONY RICHARDS | : | |
| PLAINTIFFS | : | |
| V. | : | C.A. NO. 01-409L |
| HUNTRESS, INC. AND RELENTLESS, INC. | : | |
| DEFENDANTS | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR DEFAULT**

On 2 February 2006, Defendants being represented by Martin DeMagistris, Esquire appeared and unsuccessfully argued against Plaintiffs' motion to compel which Plaintiffs certified as having been mailed on 23 December 2005.

Magistrate Judge Martin toward the conclusion of the hearing specifically inquired whether a twenty-one (21) day period would satisfy the needs of the Plaintiffs to prepare for the 11 April 2006 trial and give Defendants sufficient time to pull the answers and documents together. Both parties specifically agreed to the adequacy of that time period.

Plaintiffs would ask for an expedited hearing given the 11 April 2006 trial date.

Respectfully submitted,
Plaintiffs, Timothy Doyle, Eric Edwards,
Greg Hagaman, Brian Lague, and
Anthony Richards
By their Attorneys:
PACKER & O'KEEFE

Merlyn P. O'Keefe, Esq.

1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850 phone
(401) 782-4210 fax
Ct. Reg. #2439

CERTIFICATION

I hereby certify that I mailed a true copy of the within, first class postage prepaid, on the 28th day of February 2006 to J. Renn Olenn, Esq., OLENN & PENZA, 530 Greenwich Avenue, Warwick, RI 02886.

Bonnie S. Dowling
Bonnie S. Dowling