FILED
FEB 27 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

TIMOTHY DOYLE, ERIC EDWARDS, GREG HAGAMAN, BRIAN LAGUE, and ANTHONY RICHARDS

PLAINTIFFS

V. C.A. NO. 01-409L

HUNTRESS, INC. AND RELENTLESS, INC.

DEFENDANTS

**MOTION FOR A CONTINUANCE OF TRIAL DATE**

Come now the Plaintiffs and move this Honorable Court for a continuance of the trial currently scheduled for 11 April 2006 to 25 April 2006.

As grounds for this motion, Plaintiffs would rely on the attached memorandum of points and authorities.

Granted – trial will start at 2 PM on apr. 25, 2006.
Ronald R. Lagueux
Sr USDJ 3/16/06

Respectfully submitted,
Plaintiffs, Timothy Doyle, Eric Edwards, Greg Hagaman, Brian Lague, and Anthony Richards
By their Attorneys,
PACKER & O'KEEFE

Merlyn P. O'Keefe, Esq.
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850 phone
(401) 782-4210 fax
Ct. Reg. #2439