MKD:pac 6640/1 \pleading/66401Objection2.wpd

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TIMOTHY DOYLE, ET AL | : | |
| | : | |
| VS. | : | C. A. NO. 01-409L |
| | : | |
| GREG BRAY, ET AL | : | |

## OBJECTION TO PLAINTIFF'S MOTION FOR DEFAULT

Defendants are remiss in failing to provide the compelled answers to interrogatories within 21 days of the court's order of February 2, 2006. However, defendants' bookkeeper was able to determine the "landing dates" of the trips that were missing corresponding dates. As to the remainder of the motion to compel, defendants have produced the supplemental answers to interrogatories and documents as required by this court's order of February 2, 2006. Although plaintiffs are correct that trial was scheduled for April 11, 2006, they have recently requested a continuance to April 29, 2006.

Based on the foregoing, defendants respectfully request this court deny plaintiffs' motion for default.

Respectfully submitted,
DEFENDANTS,
By their Attorney,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 3/13/06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

Patricia A. Cerce
___________________________