UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TIMOTHY DOYLE, ERIC EDWARDS, GREG HAGAMAN, BRIAN LAGUE, and ANTHONY RICHARDS,
Plaintiffs,
v. CA 01-409 L
HUNTRESS, INC., and RELENTLESS, INC.,
Defendants.

**ORDER**
**DENYING PLAINTIFFS' MOTION FOR DEFAULT**

Before the court is Plaintiffs' Motion for Default (Document ("Doc.") #133) ("Motion"). The Motion is DENIED. Any prejudice resulting from Defendants' alleged failure to comply with the Order Granting Plaintiffs' Omnibus Motion to Compel More Responsive Answers (Doc. #131) within the time specified by that Order has been cured by the granting of Plaintiffs' Motion for a Continuance of Trial Date, <u>see</u> Order of 3/16/06 (Doc. #134).

So ordered.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
March 24, 2006

BY ORDER:

Deputy Clerk