JRO:MKD:co 6640/1 \pleading\66401Mtn1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TIMOTHY DOYLE, ET AL | : | |
| | : | |
| VS. | : | C. A. NO. 01-409L |
| | : | |
| GREG BRAY, ET AL | : | |

## MOTION TO CONTINUE TRIAL DATE

Come now your defendants in the above-entitled action and request this Honorable Court continue the scheduled trial date of such matter from April 25, 2006, to May 16, 2006. Defendants rely on the attached memorandum of law in support of their motion.

RESPECTFULLY SUBMITTED,

DEFENDANTS,
By their Attorneys,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 4/7/06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

Maureen E. Sundin

JRO:MKD:co 6640/1 \pleading\66401Memo1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TIMOTHY DOYLE, ET AL | : | |
| | : | |
| VS. | : | C. A. NO. 01-409L |
| | : | |
| GREG BRAY, ET AL | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR CONTINUANCE**

Defendants request a continuance of the trial date in the above-entitled matter in order to secure the availability of witnesses. Defendants have scheduled the vessels to be in dock from May 10, 2006, to approximately May 30, 2006, in order to do annual maintenance and repair work. Therefore, both vessels' crews would be available at that time for the full length of the trial. Defendants and their crews' livelihoods depend on these boats operating on an ongoing basis throughout the open season within the various fisheries. Because the captains and crews of the respective vessels constitute the majority of the witnesses in support of the defense, and because the boats continue to operate through the beginning of April, defendants request a continuance to May 16, 2006.

In addition, defendants plan to make a motion for a view of one or both of the defendants' vessels. Defendants believe an understanding of their vessels in relation to smaller, less complicated vessels, would assist the court in adjudicating the case. Therefore, continuance of the trial date may be appropriate in order to schedule a view.

RESPECTFULLY SUBMITTED,

DEFENDANTS,
By their Attorneys,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 4/7/06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879