JRO:MKD:co 6640/1 \pleading\66401Mtn1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

TIMOTHY DOYLE, ET AL :
:
VS. : C. A. NO. 01-409L
:
GREG BRAY, ET AL :

## MOTION TO CONTINUE TRIAL DATE

Come now your defendants in the above-entitled action and request this Honorable Court continue the scheduled trial date of such matter from April 25, 2006, to May 16, 2006. Defendants rely on the attached memorandum of law in support of their motion.

RESPECTFULLY SUBMITTED,

DEFENDANTS,
By their Attorneys,

Granted:
Ronald R. Lagueux
Sr. USDJ 4/13/06

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499