JRO:jlb 6640/1 \pleading\66401motionview

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TIMOTHY DOYLE, ET AL | : | |
| | : | |
| VS. | : | C. A. NO. 01-409L |
| | : | |
| GREG BRAY, ET AL | : | |

**DEFENDANTS' MOTION FOR A VIEW**

Now comes the defendants and moves pursuant to Local Rule 39.1 that the court conduct a view of the F/V Relentless before the trial in this matter begins. The matter is scheduled to begin on May 16th at 2:00 PM and defendant requests that the view can be conducted prior to that time as determined by the court.

In support of this motion, the defendants have attached a memorandum of law.

DEFENDANTS,
By Their Attorney,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 5-5-06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

JRO:jlb 6640/1 \pleading\66401memoview

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TIMOTHY DOYLE, ET AL | : | |
| | : | |
| VS. | : | C. A. NO. 01-409L |
| | : | |
| GREG BRAY, ET AL | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR A VIEW**

Taking a view of the vessel will assist the finder of fact in understanding the testimony to be given by the various witnesses during the course of this trial. While there are a number of photographs taken of the various locations in which crew members worked, lived, communicated and did their duties, those photographs are insufficient to give a clear picture of the work environment within which the plaintiff's claims and the defendants' defenses arise. This is of particular importance given the long periods of time over which some plaintiffs have made claims.

In the present case there will be testimony about conversations which occurred in various locations, duties which the plaintiffs and others performed, conversations and observations made which extend back many years, allegations by plaintiffs of signage posted in areas (racist in nature) and applying to mechanical aspects of the fishing vessel. Further, the F/V Relentless is much larger than the usual fishing vessel more common to the industry and experience of many of the witnesses and even the court and counsel.

A view will provide needed reference points to aid the court in understanding better the testimony to be given. In effect, the vast difference between work aboard the F/V Relentless, and work aboard a smaller 3-4 man crewed fishing vessel can only be appreciated by a first hand look and walk along the decks, inspection of equipment and fishing processees relative to the F/V Relentless

that the defendants' own and operate.

While many years have passed since the shares were paid out which the plaintiffs' claim did not give them enough money, the size, configuration, location and mechanics of the vessel has remained essentially unchanged. A view of this atypical commercial fishing vessel (F/V Relentless and.or her sister ship, the F/V Persistence) is necessary in order to understand the context within which the plaintiffs sought and received employment aboard the far larger, complex and technical F/V Relentless and/or F/V Persistence.

The defendant proposes to provide a van at the Washington County Superior Courthouse which will accommodate plaintiff and defendants' counsel, one party representative for each side, the judge and as many members of the court's staff as the trial judge shall designate. The entire party will be transported to the Port of Davisville for the view and returned to the Washington County Superior Courthouse. Defendant further requests that should the motion be granted that the viewing party dress appropriately (i.e. clothes that can get dirty or greasy, work gloves, a raincoat for inclement weather, boots and/or heavy shoes; NO sneakers, heels or sandals).

DEFENDANTS,
By Their Attorney,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 5.5.06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879