JRO:jlb:ljc 6640/1 \pleading\66401listview

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TIMOTHY DOYLE, ET AL | : | |
| | : | |
| VS. | : | C. A. NO. 01-409L |
| | : | |
| GREG BRAY, ET AL | : | |

# REQUEST OF THE DEFENDANTS RE: STATEMENTS TO BE MADE AT THE VIEW

The defendants request that J. Renn Olenn (and Attorney O'Keefe should he care to join this motion) make the following statements to the Court at the time and place of the view of the vessels.

## I. PORT OF DAVISVILLE

1. The Court is requested to note the dock area, the location, and the layout of the defendants' offices.

2. The Court is requested to note the location of the vessel.

3. The Court is requested to note the nets, fishing gear and processes involved in fishing operations.

4. The Court is requested to note the boat work required and the conduct of boat work, such as net mending, buoy attachment, and other machinery and gear used in boat work.

## II. *THE F/V RELENTLESS*

5. The Court is requested to note the size of the vessel, the configuration of the deck location, proximity, and view from the wheelhouse.

6. The Court is requested to note the crew quarters and galley.

7. The Court is requested to note the typical number of men which perform fishing operations over the years involved in the plaintiffs' claims.

8. The Court is requested to note the description of fishing operations.

9. The Court is requested to note the indication of the gear involved in fishing operations of various types.

10. The Court is requested to note the distance between and among crewmen while conducting fishing operations.

11. The Court is requested to note the kind and frequency of boat work involved.

12. The Court is requested to note the controls of the vessel.

13. The Court is requested to note the size of the vessel.

14. The Court is requested to walk the decks and observe the crew quarters, head facilities, and wheelhouse.

15. The Court is requested to note the various equipment for work and safety.

16. The Court is requested to note the engine room functions required to maintain and operate the vessel.

17. The Court is requested to note the below decks handling of product.

18. The Court is requested to note its fish hold, conveyor belts, packing stations and conveyors to the refrigeration room.

19. The Court is requested to note the engine room work, conveyor and freezer maintenance, ducts and valves relating to various water temperatures and combinations of temperatures for preservation of the product, and offloading of product.

20. The Court is requested to note product off loading equipment, men, and storage.

21. The Court is requested to note the radios in the offices of the defendants.

Presently, both the *F/V Relentless* and *F/V Persistence* are "laid up" for repairs and will be going into dry dock. Consequently, the request is made that the view be conducted on May 15, 2006, or earlier.

DEFENDANTS,
By their Attorney,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 5.5.06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879