**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TIMOTHY DOYLE, ERIC EDWARDS, GREG HAGAMAN, BRIAN LAGUE, and ANTHONY RICHARDS | : | |
| PLAINTIFFS | : | |
| V. | : | C.A. NO. 01-409L |
| HUNTRESS, INC. AND RELENTLESS, INC. | : | |
| DEFENDANTS | : | |

**PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION FOR A VIEW OF THE F/V PERSISTENCE AND THE F/V RELENTLESS**

Come now your Plaintiffs and object to Defendants' motion for a view of the F/V Persistence and the F/V Relentless.

As grounds for this objection, Plaintiffs would rely on the attached memorandum of points and authorities.

Respectfully submitted,
Plaintiffs, Timothy Doyle, Eric Edwards,
Greg Hagaman, Brian Lague, and
Anthony Richards
By their Attorneys,
PACKER & O'KEEFE, LLC

Merlyn P. O'Keefe, Esq. #2439
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850 phone
(401) 782-4210 fax

CERTIFICATION

I hereby certify that I mailed a true copy of the within, first class postage prepaid, on the 10th day of May 2006 to J. Renn Olenn, Esq., OLENN & PENZA, 530 Greenwich Avenue, Warwick, RI 02886.

Bonnie S. Dowling

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TIMOTHY DOYLE, ERIC EDWARDS, GREG HAGAMAN, BRIAN LAGUE, and ANTHONY RICHARDS | : | |
| PLAINTIFFS | : | |
| V. | : | C.A. NO. 01-409L |
| HUNTRESS, INC. AND RELENTLESS, INC. | : | |
| DEFENDANTS | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' OBJECTION TO DEFENDANTS' MOTION FOR A VIEW OF THE F/V PERSISTENCE AND THE F/V RELENTLESS**

Defendants seek the view largely to show what they perceive is "the vast difference between work aboard the F/V Relentless and work aboard a smaller 3-4 man crewed fishing vessel can only be appreciated by a firsthand look and walk along the decks, inspection of equipment and fishing processes relative to the F/V Relentless that the defendants' (sic) own and operate," Memorandum of Law In Support of Defendants' Motion For a View, a copy of which was not received by mail.

Whatever distinctions the Defendants want to impress on the Court as to the sophistication and enormity of their vessels, these are not distinctions Congress or this Court drew. As Congress and this Court saw, if the fishing vessel weighed at least twenty gross tons 46 U.S.C. 10601 (1) and sailed from a United States port 46 U.S.C. 10601 (2), it was within the statute and seamen were entitled to the default wage in 46 U.S.C. 11107. As this Court has specifically found: "The F/V Persistence and F/V Relentless are both 125 foot, steel-hulled freezer trawlers weighing in excess of twenty tons...permanently operating out of the port at

Davisville [Rhode Island]" *Doyle* v. *Huntress, Inc.* 301 F. Supp. 135 (D. RI 2004). Thus, no view of the vessels will provide any relevant information. The reason Defendants have provided no argument why the view would provide relevant information here, in their pre-trial memorandum, or anywhere else is that no such argument as to relevance can be made in good faith.

Separately, if the Court grants the motion, Defendants must accommodate each Plaintiff and cannot force them to choose a representative to attend the view.

## CONCLUSION

This is but another attempt on Defendants' part to make this simple straightforward case into a big frittata. It should not be allowed, particularly, at this late date when trial preparation is at its peak.

Respectfully submitted,
Plaintiffs, Timothy Doyle, Eric Edwards,
Greg Hagaman, Brian Lague, and
Anthony Richards
By their Attorneys:
PACKER & O'KEEFE, LLC

Merlyn P. O'Keefe, Esq. #2439
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850 phone
(401) 782-4210 fax

## CERTIFICATION

I hereby certify that I mailed a true copy of the within, first class postage prepaid, on the 10th day of May 2006 to J. Renn Olenn, Esq., OLENN & PENZA, 530 Greenwich Avenue, Warwick, RI 02886.

Bonnie S. Dowling