FILED
MAY 17 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JRO:MKD:jlb 6640/1 \pleading\66401motion

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

TIMOTHY DOYLE, ET AL :
:
VS. : C. A. NO. 01-409L
:
GREG BRAY, ET AL :

**DEFENDANTS' MOTION TO QUASH SUBPOENA AND FOR A PROTECTIVE ORDER**

Now come defendants in the above-entitled action and hereby move to quash the plaintiffs' subpoena of records of defendants, Huntress, Inc. and Relentless, Inc.'s bookkeeper, Joanne Green, seeking the originals of all of defendants "settlement sheets" and "sign-in sheets" with respect to the trips on which the various plaintiffs served. Copies of each and every sign-in sheet and settlement sheet were produced to the plaintiffs at the beginning of this litigation. Plaintiffs have in fact based their entire claims for damages on these copies. They have likewise admitted to their attendance on these trips, the money received as compensation, and the shares they received. To once again sift through all of the originals of all of these documents that have been produced is overly burdensome on defendants and serves no evidentiary purposes since all issues for which the documents are sought are not in dispute. Defendants rely on the attached memorandum of law in support of this motion.

Respectfully Submitted,

DEFENDANTS,
By Their Attorney,

J. Renn Olenn by MKD #6089

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I ~~sent~~ hand delivered a true copy of the within on 5/17/06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

FILED
MAY 17 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JRO:MKD:jlb 6640/1 \pleading\66401memorandum1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TIMOTHY DOYLE, ET AL :
:
VS. : C. A. NO. 01-409L
:
GREG BRAY, ET AL :

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO QUASH SUBPOENA AND FOR A PROTECTIVE ORDER**

Plaintiffs issued a subpoena on May 11, 2006, to the corporate defendant's bookkeeper, Joanne Green (Gillan), in part seeking the originals of each settlement sheet and sign-in roster which together, evidence the amount of money and shares paid to the plaintiffs for fishing trips on which they served. Copies of these documents were produced years ago in this litigation and have been used by them to substantiate their alleged damages under 46 U.S.C. §11107. It would be overly burdensome and serve no evidentiary purpose for defendants to parse through the volumes of the original settlement and sign-in sheets to once again compile those relating to all five plaintiffs. Production of the originals would likewise be redundant as the plaintiffs have admitted to their attendance on these trips, the shares they received, and the dollar amount they received as compensation. Likewise, the plaintiffs have been provided with the landing dates to attempt to argue any entitlement to pre-judgment interest. Therefore, production of the originals of these documents serves no purpose to this litigation.

Plaintiff has also subpoenaed copies of all fishing agreements used by defendants since this litigation began in 2001. Any such fishing agreements are likewise irrelevant to this litigation. The plaintiffs claim is that they did not sign valid fishing agreements and did not know they were not paid the same share as everyone else. The agreements used now have nothing to do with these issues.

Plaintiffs appear to be seeking introduction of the current agreements as a way of introducing subsequent remedial measures into the trial. It is well established that evidence of subsequent remedial measures are unavailable under the Federal Rules of Evidence. Regardless, any such agreements are completely irrelevant to any element of plaintiffs' claims. The issues in this trial have been limited to defendants' affirmative defenses of laches and waiver, and defendants proof of damages.

The remainder of the documents requested are not subject to this motion.

Respectfully Submitted,

DEFENDANTS,
By Their Attorneys,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I ~~sent a~~ hand delivered true copy of the within on 5/17/06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

[signature]

# United States District Court

## *District of Rhode Island*

TIMOTHY DOYLE, ERIC EDWARDS,
GREG HAGAMAN, BRIAN LAGUE, AND
ANTHONY RICHARDS

V.

HUNTRESS, INC. AND RELENTLESS, INC.

SUBPOENA IN A CIVIL CASE

CASE NUMBER: C. A. NO. 01-409L

TO: JOANN GILLAN in her capacity as Bookkeeper of Huntress, Inc. and Relentless, Inc., 26 Starboard Drive, North Kingstown, RI 02852

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| ONE EXCHANGE TERRACE<br>FEDERAL BUILDING & COURTHOUSE<br>PROVIDENCE, RI 02903 | DATE AND TIME 17 MAY 2006 at 10:00 A.M. |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

PLEASE SEE ATTACHED "SCHEDULE A"

| PLACE | DATE AND TIME |
|---|---|
| UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND<br>ONE EXCHANGE TERRACE, FEDERAL BUILDING & COURTHOUSE<br>PROVIDENCE, RI 02903 | 17 MAY 2006 at 10:00 A.M. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] ATTORNEY FOR PLAINTIFFS | 17 May 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
MERLYN P. O'KEEFE, ESQ., 1220 KINGSTOWN ROAD, PEACE DALE, RI 02879 (401) 789-4850

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Next Page)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TIMOTHY DOYLE, ERIC EDWARDS, GREG HAGAMAN, BRIAN LAGUE, and ANTHONY RICHARDS | : | |
| PLAINTIFFS | : | |
| V. | : | C.A. NO. 01-409L |
| HUNTRESS, INC. AND RELENTLESS, INC. | : | |
| DEFENDANTS | : | |

**SUBPOENA**
**"SCHEDULE A"**
**(JOANN GILLAN)**

Originals of:

(1) As to each Plaintiff:

(a) Settlement Sheets

(b) Sign In Rosters

(c) Fishing Agreements

(2) Copies of all versions of Fishing Agreements in use by either Relentless, Inc. or Huntress, Inc. from August 2001 to date. NU

(3) Any calculation you have done or have reviewed determining the difference between what these Plaintiffs were paid and what a full-share deck hand was paid on the same trip.