JRO:MKD:jlb 6640/1 \pleading\66401motion3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TIMOTHY DOYLE, ET AL | : | |
| | : | |
| VS. | : | C. A. NO. 01-409L |
| | : | |
| GREG BRAY, ET AL | : | |

**DEFENDANTS' MOTION TO QUASH SUBPOENA OF RICHARD GOODWIN AND FOR A PROTECTIVE ORDER**

Now come defendants in the above-entitled action and hereby move this Honorable Court to quash the attached subpoena of Richard Goodwin for the production of documents listed in Schedule "A" thereto. Specifically, the subpoena requests production of: (1) a calculator; (2) a copy of the most recent value appraisals of the F/V Persistence and Relentless; (3) a copy of the most recent profit and loss statements of the F/V Persistence and Relentless. The defendants rely on the attached memorandum of law in support of this motion.

Respectfully Submitted,

DEFENDANTS,
By Their Attorneys,

J. Renn Olenn by MKD #6089

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

## CERTIFICATION

I certify that I ~~sent~~ and delivered a true copy of the within on 5/17/06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

MKD\pleading:66401memorandum3.wpd

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TIMOTHY DOYLE, ET AL | : | |
| | : | |
| VS. | : | C. A. NO. 01-409L |
| | : | |
| GREG BRAY, ET AL | : | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO QUASH SUBPOENA OF RICHARD GOODWIN AND FOR A PROTECTIVE ORDER**

On May 11, 2006, plaintiffs' served a subpoena to defendant Richard Goodwin for (1) a calculator; (2) a copy of the most recent value appraisals of the F/V Persistence and Relentless; (3) a copy of the most recent profit and loss statements of the F/V Persistence and Relentless.

Plaintiffs' request for a "calculator" is not only irrelevant and inappropriate, it is worthy of sanctions and deserves no further objection by defendants.

The documents sought in the subpoena have no evidentiary value and are irrelevant to any aspect of this litigation. The plaintiffs claim that they were not told that different crewmen, with different experience, abilities and areas of expertise, were not paid the same. They allege that because they were not provided proper fishing agreements pursuant to 46 U.S.C. §10601, they are therefore entitled to the highest rate of wages paid for those fishing trips pursuant to 46 U.S.C. §11107. The plaintiffs have calculated their damages, that is the difference between the highest share paid out and the shares they received, and will presumably argue that they are entitled to the monetary differential. The value of the two boats serves no evidentiary purpose whatsoever. Plaintiffs seek to introduce this evidence in an attempt to cast the defendants in a negative light, that is, as the proverbial "evil boat owner". However, the information has nothing to do with whether the fishing agreements were valid, or what these plaintiffs knew about the compensation arrangements and when they knew it.

Based on the foregoing, defendants respectfully request this court issue an order quashing plaintiffs subpoena.

Respectfully Submitted,

DEFENDANTS,
By Their Attorneys,

J. Renn Olenn by MKD #6089

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Martin K. DeMagistris

Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I ~~sent~~ hand delivered a true copy of the within on 5/17/06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

Martin K. DeMagistris

# United States District Court

## *District of Rhode Island*

TIMOTHY DOYLE, ERIC EDWARDS,
GREG HAGAMAN, BRIAN LAGUE, AND
ANTHONY RICHARDS

SUBPOENA IN A CIVIL CASE

V.

HUNTRESS, INC. AND RELENTLESS, INC.

CASE NUMBER: C. A. NO. 01-409L

TO: RICHARD GOODWIN in his capacity as an Officer and Director of both Huntress, Inc. and Relentless, Inc., 26 Starboard Drive, North Kingstown, RI 02852

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| ONE EXCHANGE TERRACE<br>FEDERAL BUILDING & COURTHOUSE<br>PROVIDENCE, RI 02903 | DATE AND TIME 17 MAY 2006 at 10:00 A.M. |

[ ] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

[X] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

PLEASE SEE ATTACHED "SCHEDULE A"

| PLACE | DATE AND TIME |
|---|---|
| UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND<br>ONE EXCHANGE TERRACE, FEDERAL BUILDING & COURTHOUSE<br>PROVIDENCE, RI 02903 | 17 MAY 2006 at 10:00 A.M. |

[ ] YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] ATTORNEY FOR PLAINTIFFS | 11 May 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
MERLYN P. O'KEEFE, ESQ., 1220 KINGSTOWN ROAD, PEACE DALE, RI 02879 (401) 789-4850

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Next Page)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TIMOTHY DOYLE, ERIC EDWARDS, GREG HAGAMAN, BRIAN LAGUE, and ANTHONY RICHARDS | : | |
| PLAINTIFFS | : | |
| V. | : | C.A. NO. 01-409L |
| HUNTRESS, INC. AND RELENTLESS, INC. | : | |
| DEFENDANTS | : | |

**SUBPOENA**
**"SCHEDULE A"**
**(RICHARD GOODWIN)**

(1) A calculator

(2) A copy of the most recent value appraisal of:

(a) F/V Persistence

(b) F/V Relentless

(3) A copy of the most recent:

(a) Profit and Loss Statement of:

(1) F/V Persistence

(2) F/V Relentless

(4) Any calculation you have done or have reviewed determining the difference between what these Plaintiffs were paid and what a full-share deck hand was paid on the same trip.