JRO:MKD:jlb 6640/1 \pleading\66401mot

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

TIMOTHY DOYLE, ET AL :
:
VS. : C. A. NO. 01-409L
:
GREG BRAY, ET AL :

**DEFENDANTS' MOTION IN LIMINE TO PRECLUDE PLAINTIFFS FROM REFERRING TO OR SEEKING TESTIMONY REGARDING THE FINANCES OF SEA FREEZE, LTD., AND ALL DEFENDANTS, BOTH INDIVIDUAL AND CORPORATE**

Now come the defendants in the above-entitled action and hereby move this Honorable Court in limine to preclude plaintiffs from attempting to elicit testimony or introduce evidence regarding the personal finances of the individual defendants, as well as the finances of the corporate defendants, as well as Sea Freeze, Ltd. Any attempt of the plaintiffs to elicit this kind of testimony is used only to cast defendants as stereotypical "evil owners". Their finances have nothing to do with the elements of plaintiffs' causes of action and would be used purely for improper and prejudicial motives. Defendants rely on the attached memorandum of law in support of their motion.

Respectfully Submitted,

DEFENDANTS,
By Their Attorneys,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I ~~sent~~ hand delivered a true copy of the within on 5/17/06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

JRO:MKD:jlb 6640/1 \pleading\66401memorandum

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TIMOTHY DOYLE, ET AL | : | |
| | : | |
| VS. | : | C. A. NO. 01-409L |
| | : | |
| GREG BRAY, ET AL | : | |

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION IN LIMINE TO PRECLUDE PLAINTIFFS FROM REFERRING TO OR SEEKING TESTIMONY REGARDING THE FINANCES OF SEA FREEZE, LTD., AND ALL DEFENDANTS, BOTH INDIVIDUAL AND CORPORATE**

Defendant, Richard Goodwin, is the principal owner of Relentless, Inc., Huntress, Inc., as well as Sea Freeze, Ltd. Sea Freeze is a wholesale vendor of frozen fish. The catch from both the Relentless and Persistence is sold to Sea Freeze, Ltd. for freezing, storage and resale. The plaintiffs have attempted to make the finances of the corporations, the owners of the corporations, and Sea Freeze, Ltd., a part of this case. Simply stated, they are not.

The plaintiffs claim that they were not told that different crewmen, with different experience, abilities and areas of expertise, were not paid the same. They allege that because they were not provided proper fishing agreements pursuant to 46 U.S.C. §10601, they are therefore entitled to the highest rate of wages paid for those fishing trips pursuant to 46 U.S.C. §11107. The plaintiffs have calculated their damages, that is the difference between the highest share paid out and the shares they received, and will presumably argue that they are entitled to the monetary differential. The personal and corporate finances of the defendants are completely irrelevant to any element of the plaintiffs' cause of action. They seek to introduce this evidence in an attempt to cast the defendants in a negative light, that is, the proverbial "evil boat owner". However, the information has nothing to do with whether the fishing agreements were valid, or what these plaintiffs knew about the compensation

arrangements and when they knew it.

Based on the foregoing, defendants respectfully request this court preclude plaintiffs from attempting to elicit testimony or introduce evidence regarding the personal finances of any of the individual defendants, and the corporate finances of any of the corporate and business entities, including Sea Freeze, Ltd.

DEFENDANTS,
By Their Attorneys,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I ~~sent~~ hand delivered a true copy of the within on 5/17/06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879