AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

Dayle v. Huntress

EXHIBIT AND WITNESS LIST

CASE NUMBER: 01-409L

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Lagueux | O'Keefe | Olenn |
| TRIAL DATE(S) 5-17 | COURT REPORTER | COURTROOM DEPUTY BJG |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/17/06 | | | W1 - Joann Green |
| 1 | | | | X | fishing agreements |
| 2-1 to 118 | | | | X | sign in sheets |
| 3A | | | | X | letter 10/16/01 w attachments |
| | | | | | for Dayle |
| 3B | | | | X | letter 3/29/02 w attachments |
| | | | | | for Edwards |
| 3C | | | | X | letter 10/16/01 w attachments |
| | | | | | re Hagman |
| 3D | | | | X | letter 10/16/01 w attachment |
| | | | | | re: Laque |
| 3E | | | | X | letter 10/16/01 w attachment |
| 4 | | 5/18/06 | | | re Richards - R/F/A |
| | | 5/18/06 | | | W2 - Peng He |
| 5 | | | X | X | summary of work sheets |
| 6 | | | X | X | " |
| 7 | | | X | | " |
| 8 | | | X | X | " |
| 9 | | | X | X | " |
| 18 | | | X | | ans to ints by Hagaman |
| 4 | | | | X | W3 - Richard Goodwin |
| | | | | | W4 - James O'Grady |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

Doyle vs. Huntress | CASE NO. 01-409L

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | W-5 Anthony Richards |
| | E | | X | 5/19/06 | Release |
| | G | | X | X | Richards v Petersen (?) chart |
| | | 5/19/06 | | | Con't W-5 |
| | X | | X | | settlement sheet (#565) |
| | Z | | X | | summons CA01-84 |
| | | | | | W-6 Thomas Rawles DX, CX |
| | | | | | W-7 David Fiedler DX, CX |
| | Y | | X | | photos (2) of engine room |
| | | | | W 8 | David Webb - DX, CX |
| | | | | | W9 Brian Laque DX, CX |
| | | 5/22/06 | | | W-10 Phillip Ruble DX, CX RDX |
| | | | | | W-11 Ken Paterson DX, CX |
| | | | | | W-3 recalled |
| | JJ | | | X | settlement sheet |
| | GG | | | X | settlement sheet 565 |
| | HH | | | X | " 566 |
| | ii | | | X | " 567 |
| | BB | | | X | A. Richards settlements |
| | CC | | | X | T. Doyle " |
| | DD | | | X | B.D |
| | EE | | | X | G Hagman " |
| | FF | | | X | E Edwards " |