**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TIMOTHY DOYLE, ERIC EDWARDS, GREG HAGAMAN, BRIAN LAGUE, and ANTHONY RICHARDS | : | |
| PLAINTIFFS | : | |
| V. | : | C.A. NO. 01-409L |
| HUNTRESS, INC. AND RELENTLESS, INC. | : | |
| DEFENDANTS | : | |

**MOTION FOR AN EXTENSION OF TIME**

Come now your Plaintiffs and move this Honorable Court for an extension of time within which to file their post-trial memorandum to 4 August 2006.

As grounds for this motion, Plaintiffs would represent that the transcripts, while timely ordered, were not completed until 26 June 2006 and not shipped until 30 June 2006. This is Plaintiff's first such motion.

Respectfully submitted,
Plaintiffs, Timothy Doyle, Eric Edwards,
Greg Hagaman, Brian Lague, and
Anthony Richards
By their Attorney:

Merlyn P. O'Keefe, Esq.
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850 phone
(401) 782-4210 fax
#2439

CERTIFICATION

I hereby certify that I mailed a true copy of the within, first class postage prepaid, on the 14th day of July 2006 to J. Renn Olenn, Esq., OLENN & PENZA, 530 Greenwich Avenue, Warwick, RI 02886.

Bonnie S. Dowling
Bonnie S. Dowling