**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

FILED
JUL 17 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

TIMOTHY DOYLE, ERIC EDWARDS, GREG HAGAMAN, BRIAN LAGUE, and ANTHONY RICHARDS :

PLAINTIFFS :

V. : C.A. NO. 01-409L

HUNTRESS, INC. AND RELENTLESS, INC. :

DEFENDANTS :

**MOTION FOR AN EXTENSION OF TIME**

Come now your Plaintiffs and move this Honorable Court for an extension of time within which to file their post-trial memorandum to 4 August 2006.

As grounds for this motion, Plaintiffs would represent that the transcripts, while timely ordered, were not completed until 26 June 2006 and not shipped until 30 June 2006. This is Plaintiff's first such motion.

Granted:
Ronald R. Lagueux
SR. USDJ 8/3/06

Respectfully submitted,
Plaintiffs, Timothy Doyle, Eric Edwards, Greg Hagaman, Brian Lague, and Anthony Richards
By their Attorney:

Merlyn P. O'Keefe, Esq.
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850 phone
(401) 782-4210 fax
#2439