**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

TIMOTHY DOYLE, ERIC EDWARDS, GREG HAGAMAN, BRIAN LAGUE, and ANTHONY RICHARDS

PLAINTIFFS

V. C.A. NO. 01-409L

HUNTRESS, INC. AND RELENTLESS, INC.

DEFENDANTS

**MOTION FOR AN EXTENSION OF TIME**

Come now your Plaintiffs and move this Honorable Court for an extension of time within which to file their post-trial memorandum to 10 August 2006.

As grounds for this motion, Plaintiffs would represent the memorandum was mailed this date and further that an electric storm knocked out their counsel's computers temporarily.

(Granted:
Ronald R. Lagueux
Sr. USDJ 9/12/06

Respectfully submitted,
Plaintiffs, Timothy Doyle, Eric Edwards,
Greg Hagaman, Brian Lague, and
Anthony Richards
By their Attorney:

Merlyn P. O'Keefe, Esq. Ct. #2439
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850 phone
(401) 782-4210 fax

CERTIFICATION

I hereby certify that I mailed a true copy of the within, first class postage prepaid, on the 8th day of August 2006 to J. Renn Olenn, Esq., OLENN & PENZA, 530 Greenwich Avenue, Warwick, RI 02886.

Bonnie S. Dowling