No Obj

JRO:MKD:co 6640/1 \pleading\66401MtnEnlargeTime

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TIMOTHY DOYLE, ET AL | : | |
| | : | |
| VS. | : | C. A. NO. 01-409L |
| | : | |
| GREG BRAY, ET AL | : | |

**MOTION FOR ENLARGEMENT OF TIME**

Now come the defendants in the above-entitled action and hereby request this Honorable Court enlarge the time within which they may file their reply brief until September 18, 2006. Defendants rely on the following in support of this motion:

1. This is defendants' first such motion for enlargement of time; and

2. Defendants request an enlargement of only one week.

RESPECTFULLY SUBMITTED,
DEFENDANT,
By their Attorneys,

Granted:
Ronald R. Lagueux
Sr. USDJ 9/13/06

/s/ J. Renn Olenn
J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

/s/ Martin K. DeMagistris
Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499