JRO:MKD:co 6640/1 \pleading\66401MtnEnlargeTime1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

TIMOTHY DOYLE, ET AL :
:
VS. : C. A. NO. 01-409L
:
GREG BRAY, ET AL :

**MOTION FOR ENLARGEMENT OF TIME**

Now come the defendants in the above-entitled action and hereby request this Honorable Court enlarge the time within which they may file their reply brief until September 21, 2006. Defendants rely on the following in support of this motion:

1. Defendants have been working diligently on their post trial brief;

2. Plaintiffs have represented they have no objection to this motion; and

3. This is defendants' second motion to enlarge.

RESPECTFULLY SUBMITTED,
DEFENDANT,
By their Attorneys,

/s/ J. Renn Olenn
J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

/s/ Martin K. DeMagistris
Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on September 19, 2006, to:

Merlyn O'Keefe, Esq.
PACKER & O'KEEFE
1220 Kingstown Road
Peace Dale, RI 02879

/s/ J. Renn Olenn