**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

TIMOTHY DOYLE, ERIC EDWARDS, GREG HAGAMAN, BRIAN LAGUE, and ANTHONY RICHARDS

PLAINTIFFS

V. C.A. NO. 01-409L

HUNTRESS, INC. AND RELENTLESS, INC.

DEFENDANTS

**MOTION FOR AN EXTENSION OF TIME**

Comes now the Plaintiffs and move this Honorable Court for an extension of time within which to file its post trial memorandum to forty-five (45) days after Defendant filed its reply brief on 21 September 2006, that is to say November 7, 2006.

Granted:
Ronald R. Lagueux
Sr. USDJ 10/31/06

Respectfully submitted,
Plaintiffs, Timothy Doyle, Eric Edwards,
Greg Hagaman, Brian Lague, and
Anthony Richards
By their Attorney:

/s/ Merlyn P. O'Keefe, Esq.
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850 phone
(401) 782-4210 fax
Ct. Reg. #2439

CERTIFICATION

I hereby certify that I mailed a true copy of the within, first class postage prepaid, on the 18th day of October 2006 to J. Renn Olenn, Esq., OLENN & PENZA, 530 Greenwich Avenue, Warwick, RI 02886.

Bonnie S. Dowling