**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TIMOTHY DOYLE, ERIC EDWARDS, GREG HAGAMAN, BRIAN LAGUE, and ANTHONY RICHARDS | : | |
| PLAINTIFFS | : | |
| V. | : | C.A. NO. 01-409L |
| HUNTRESS, INC. AND RELENTLESS, INC. | : | |
| DEFENDANTS | : | |

**MOTION FOR AN EXTENSION OF TIME**

Comes now the Plaintiffs and move this Honorable Court for an extension of time from 7 November 2006 to 8 November 2006 within which to file its Post Trial Brief. As grounds for this motion, Plaintiffs represent the motion and supporting memorandum were complete by 4:00 p.m. on 7 November 2006 but computer difficulties prevented its filing.

Respectfully submitted,
Plaintiffs, Timothy Doyle, Eric Edwards,
Greg Hagaman, Brian Lague, and
Anthony Richards
By their Attorney:

/s/ Merlyn P. O'Keefe, Esq.
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850 phone
(401) 782-4210 fax
Ct. Reg. #2439
gmpokjr@yahoo.com

...objection having been timely filed ...suant to the Local Rules for the ...trict of Rhode Island, the within ...otion is hereby granted.

Deputy Clerk
Date: 11/22/06

CERTIFICATION

I hereby certify that I mailed a true copy of the within, first class postage prepaid, on the 8th day of November 2006 to J. Renn Olenn, Esq., OLENN & PENZA, 530 Greenwich Avenue, Warwick, RI 02886.

/s/ Merlyn P. O'Keefe, Esq.