UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

TIMOTHY DOYLE, GREG HAGAMAN, BRIAN LAGUE, ANTHONY W. RICHARDS, and ERIC EDWARDS

Plaintiff,

v.

C.A. No. 01-409L

HUNTRESS, INC. And RELENTLESS, INC.

Defendant

JUDGMENT

**Pursuant to a Decision and order dated 2/20/07,**

**Judgment** shall enter for Defendants Huntress, Inc., and Relentless, Inc., on the claims of Plaintiffs Timothy Doyle and Greg Hagaman;

for Plaintiff Brian Lague, against Defendant Relentless, Inc., in the amount of $3,161.35 ($2,381.74, plus 6% per annum interest calculated from the date suit was filed (August 31, 2001) to February 20, 2007);

for Plaintiff Anthony Richards, against Defendant Relentless, Inc., in the amount of $1,694.17 ($1,274.38, plus 6% per annum interest calculated from August 31, 2001, to February 20, 1007);

for Plaintiff Eric Edwards, against Defendant Huntress, Inc., in the amount of $ 1,751.80, ($1,353.38, plus 6% per annum interest calculated from March 7, 2002 (when he joined this suit) to February 20, 2007;

for Defendant Huntress, Inc., on the claims of Plaintiffs Brian Lague and Anthony Richards; and for Defendant Relentless, Inc., on the claims of Plaintiff Eric Edwards.

Deputy Clerk
February 21, 2007