In the United States District Court
For the District of Rhode Island

Timothy Doyle, Greg Hagaman,
Brian Lague, Anthony W. Richards,
and Eric Edwards
**PLAINTIFFS**

v. C.A. No. 01-409L

Huntress, Inc. and Relentless, Inc.
**DEFENDANTS**

NOTICE OF APPEAL

Come now your Plaintiffs and all of them and appeal the judgment entered by the Honorable Ronald R. Lageux Senior Judge of the United States District Court for the District of Rhode Island on 21 February 2007 (Document 162) to the United States Court of Appeals for the First Circuit and more particularly:

(1) Timothy Doyle and Greg Hagaman appeal that portion of the judgment entered for the Huntress, Inc. and Relentless, Inc. against them;

(2) Brian Lague appeals that portion of the judgment entered for him against Relentless, Inc. for $2381.74 plus 6% per annum interest to be calculated from the date suit was filed (August 31, 2001) to this date, i.e. $3161.35;

(3) Anthony Richards appeals that portion of the judgment entered for him against Relentless, Inc. for $1274.28 plus 6% per annum interest to be calculated from the date suit was filed (August 31, 2001) to this date, i.e. $1694.17;

(4) Eric Edwards appeals that portion of the judgment entered for him against Huntress, Inc. for him for $1353.38 plus 6% per annum interest to be

calculated from the date he joined the suit (March 7, 2002) to this date, i.e. $1751.80;

(5) Brian Lague and Anthony Richards appeal that portion of the judgment entered for Huntress, Inc. against them; and

(6) Eric Edwards appeals that portion of the judgment entered for Relentless, Inc. against him.

Respectfully Submitted,

/s/Merlyn P. O'Keefe #2439
Merlyn O'Keefe, LLC
238 Robinson Street
Wakefield, RI 02879
Phone: (401) 789-4850
Fax: (401) 789-1757
silveroar@gmail.com