**CERTIFICATION**

I hereby certify I mailed a copy of the foregoing notice of appeal to J. Renn Olenn, Esq., OLENN & PENZA, 530 Greenwich Avenue, Warwick, RI 02886 on 5 March 2007.

/s/ Merlyn P. O'Keefe, Esq.