MKD 6640/1 \pleading\66401Appeal

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| TIMOTHY DOYLE, ET AL | : | |
| | : | |
| VS. | : | C. A. NO. 01-409L |
| | : | |
| GREG BRAY, ET AL | : | |

**NOTICE OF CROSS-APPEAL**

Now come all defendants in the above-entitled action and appeal the judgment entered by the Honorable Ronald R. Lagueux, Senior Judge of the United States District Court for the District of Rhode Island, on February 21, 2007, (Document 162 in this action) to the United States Court of Appeals for the First Circuit and more particularly:

1. That portion of the decision and judgment applying the 3 year statute of limitations under R.I.G.L. §28-14-20, as the most analogous period for a determination of the defense of laches, instead of the two year period under the Fair Labor Standards Act (29 U.S.C. §255) ; and

2. The method of calculating damages under the “highest rate of wages” standard under 46 U.S.C. §11107, leading to the following awards:

   (a) The decision and judgment finding defendant, Relentless, Inc., liable to Brian Lague in the amount of $2,381.74 plus 6% per annum interest calculated from the date of suit;

   (b) The decision and judgment finding defendant, Relentless, Inc., liable to Anthony Richards in the amount of $1,274.28 plus 6% per annum interest calculated from the date of suit; and

(c) The decision and judgment finding defendant, Huntress, Inc., liable to Eric Edwards in the amount of $1,353.38 plus 6% per annum interest calculated from the date he joined suit.

RESPECTFULLY SUBMITTED,
DEFENDANTS,
By their Attorney,

/s/ J. Renn Olenn
J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

/s/ Martin K. DeMagistris
Martin K. DeMagistris, Esq. #6089
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on March 22, 2007, to:

Merlyn O'Keefe, Esq.
238 Robinson Street, 2nd Floor
Wakefield, RI 02879

/s/ J. Renn Olenn