01-00409
USDC/RI
Laguerux, J

# United States Court of Appeals
## For the First Circuit

---

Nos. 07-1396, 07-1506

TIMOTHY DOYLE; GREG HAGAMAN; BRIAN LAGUE;
ANTHONY W. RICHARDS; ERIC EDWARDS,

Plaintiffs, Appellants/Cross-Appellees,

v.

HUNTRESS, INC.; RELENTLESS, INC.,

Defendants, Appellees/Cross-Appellants,

GREG BRAY and KYLE GOODWIN,

Defendants.

---

**JUDGMENT**
Entered: January 25, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 3/11/08

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. O'Keefe, Mr. Olenn, & Mr. DeMagistris.]